**No. 10-232. The Bank of New York Mellon, et al., Petitioners v. Frederick J. Grede, as Trustee of the Sentinel Liquidation Trust.**

562 U.S. 982, 131 S. Ct. 418, 178 L. Ed. 2d 323, 2010 U.S. LEXIS 8221.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 598 F.3d 899.

**No. 10-261. Kenneth T. Truhlar, Petitioner v. United States Postal Service, et al.**

562 U.S. 982, 131 S. Ct. 443, 178 L. Ed. 2d 323, 2010 U.S. LEXIS 8151.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 600 F.3d 888.